## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-608 |
| | § | |
| HAROL ALBERTO CUBIDES, | § | |
| *Individually and also known as* | § | |
| *Turco Billares, et al.,* | § | |
| | § | |
| Defendant. | § | |

## ORDER OF PENDING DISMISSAL

It has come to the attention of this court that this action against HAROL ALBERTO CUBIDES, an individual, has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P., and that over 30 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed within 20 days of the date this order is entered, this case will be automatically dismissed, without prejudice. The initial pretrial and scheduling conference set for June 27, 2008 is canceled. It will be reset, if appropriate.

SIGNED on June 11, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge