# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-608 |
| | § | |
| HAROL ALBERTO CUBIDES, | § | |
| Individually and d/b/a TURCO | § | |
| BILLIARDS a/k/a TURCO BILLARES | § | |
| a/k/a BILLARES SALON MEXICO, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Judgment is entered in favor of J&J Sports Productions, Inc. against defendant, HAROL ALBERTO CUBIDES, individually and d/b/a TURCO BILLIARDS d/b/a TURCO BILLARES a/k/a BILLARES SALON MEXICO, as follows:

  a. statutory damages of $10,000;

  b. additional damages of $50,000;

  b. attorney's fees of $1,000.00;

  c. costs of court; and

  d. postjudgment interest at the rate of 2.25 % *per annum*.

This is a final judgment.

SIGNED on July 15, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge